# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHAEL PUSHA, ADC #105492**  PLAINTIFF

VS.  4:19-CV-00259-BRW

**CHRIS PIAZZA,** *ET AL.*  DEFENDANTS

## ORDER

Plaintiff did not sign the complaint. Instead, only Larry David Davis, a non-lawyer, signed the complaint. When a non-lawyer attempts to represent the interests of other persons, the practice constitutes the unauthorized practice of law and results in a nullity.[1]

Additionally, the Complaint fails to state a cause of action. The only claim related to Plaintiff appears to be allegations about being charged only by information rather than after a grand jury hearing and indictment fails to state a cause of action. The Arkansas Supreme Court "has held many times that a defendant has no constitutional right to be indicted by a grand jury and that amendment 21 to the Arkansas Constitution, which permits indictment by information, is constitutional."[2]

Accordingly, this case is DISMISSED. I certify that an *in forma pauperis* appeal of this dismissal would be frivolous and would not be taken in good faith.

IT IS SO ORDERED this 16th day of April, 2019.

<u>Billy Roy Wilson</u>
UNITED STATES DISTRICT JUDGE

---

[1] *McKibben v. Mullis*, 90 S.W.3d 442, 450 (Ark. App. 2002).

[2] *McClinton v. State*, 2018 Ark. 116, 5–6,, cert. denied, 139 S. Ct. 195 (2018).