# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHAEL PUSHA, ADC #105492**　　　　　　　　　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　　　　　　**4:19-CV-00259-BRW**

**CHRIS PIAZZA,** *ET AL.*　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED.

IT IS SO ORDERED this 16th day of April, 2019.

　　　　　　　　　　　　　　　　　　<u>Billy Roy Wilson</u>
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE